UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEFFIER SAVARY,<br><br>Plaintiff,<br><br>v.<br><br>T. TOWLE and A. JAIME,<br><br>Defendants. | Case No. 1:18-cv-01305-DAD-EPG (PC)<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR COPIES OF DOCUMENTS<br><br>(ECF NO. 31)<br><br>ORDER DIRECTING CLERK TO SEND PLAINTIFF A COPY OF ECF NOS. 3, 5, 12, 13, 15, 19, 20, 22, 26, 27, & 29 |

Keffier Savary ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 25, 2019, Plaintiff filed a request for copies of documents. (ECF No. 31). Plaintiff states that the inmate "who was helping Plaintiff with his case went[]to the Hole/Ad-Seg with all of Plaintiff's papers pertaining to this case." (Id. at 1). Plaintiff asks the Court to send him a copy of all orders in this case. Plaintiff also asks the Court to direct defense counsel to provide Plaintiff with a copy of his initial disclosures, as well as all papers and documents that defense counsel previously sent to Plaintiff.

On October 15, 2019, Defendants filed their response. (ECF No. 33). Defense counsel states that he has no objection to sending Plaintiff a copy of Plaintiff's initial disclosures, a copy of all documents that Defendants previously filed with the Court and contemporaneously served

1

on Plaintiff, a copy of Defendants' initial disclosures, and a copy of Defendants' Request for Production of Documents, Set One.

In light of Defendants' response the Court will grant Plaintiff's motion, send Plaintiff a copy of all orders issued in this case, and require Defendants to provide Plaintiff with the documents identified above. The Court will also require that, to the extent Plaintiff served discovery requests and Defendants responded to those requests prior to the date Plaintiff filed the present motion, Defendants provide a copy of those responses to Plaintiff.

Accordingly, IT IS ORDERED that:

1. Defendants shall provide Plaintiff with a copy of Plaintiff's initial disclosures, a copy of all documents that Defendants previously filed with the Court and contemporaneously served on Plaintiff, a copy of Defendants' initial disclosures, a copy of Defendants' Request for Production of Documents, Set One, and a copy of all responses to Plaintiff's discovery requests that were served prior to Plaintiff filing the present motion (if any).
2. The Clerk of Court is directed to send Plaintiff a copy of the orders at ECF Nos. 3, 5, 12, 13, 15, 19, 20, 22, 26, 27, & 29.

IT IS SO ORDERED.

Dated: **October 16, 2019**          /s/ Erin P. Grosj
                                                    UNITED STATES MAGISTRATE JUDGE