UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEFFIER SAVARY,<br><br>    Plaintiff,<br><br>  v.<br><br>T. TOWLE and A. JAIME,<br><br>    Defendants. | Case No. 1:18-cv-01305-DAD-EPG (PC)<br><br>ORDER FOLLOWING TELEPHONIC DISCOVERY AND STATUS CONFERENCE<br><br>(ECF No. 34) |

Keffier Savary ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 13, 2019, the Court held a discovery and status conference. Plaintiff telephonically appeared on his own behalf. Counsel Joseph Wheeler telephonically appeared on behalf of Defendants.

For the reasons stated on the record at the Conference, IT IS ORDERED that:

1. Plaintiff's motion for an extension of time to respond to defendant Towle's Request for Production of Documents, Set No. One, is granted in part. Plaintiff has until December 4, 2019, to respond to the Request for Production of Documents.[1]

///

///

---

[1] If Plaintiff received documents after this date, he should bring them to his deposition, currently scheduled for December 13, 2019.

1

2. Defendant Towle's motion to compel (ECF No. 34) is denied, without prejudice to defendant Towle filing a motion to compel after Plaintiff responds (or fails to respond) to the Request for Production of Documents.

IT IS SO ORDERED.

Dated: **November 13, 2019**

/s/ *Eric P. Grosjean*
UNITED STATES MAGISTRATE JUDGE